IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.　　　　　　　　　　CASE NO. 4:07cr00339-01 JMM

GERALD DON MAYO

## ORDER

Defendant appeared this date on the motion to revoke supervised release [29]. With agreement by the parties, the Court will hold the motion to revoke in abeyance. Since the violations mentioned in the motion, Defendant has not had any further violations. Defendant's term of supervision is scheduled to expire September 30, 2013. If there are no further violations prior to the expiration date, the Court will dismiss the motion to revoke. However, if there are any new violations, the supervising officer is directed to immediately notify the Court.

IT IS SO ORDERED this 25th day of July, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE